**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal Action No. 12-PO-00131-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. KEITH HARPER,**

**Defendant.**

### MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

Defense counsel filed a Motion to Continue the Sentencing in this matter which is scheduled for October 23, 2012. Counsel for the Government has no objection, therefore;

**IT IS HEREBY ORDERED** that the Sentencing scheduled for October 23, 2012 at 3:00 p.m. is **VACATED** and this matter is **RESCHEDULED for Sentencing on October 31, 2012 at 9:00 a.m.** before the United States District Court, 103 Sheppard Drive, Room 235, Durango, Colorado 81303.

**DATED: October 9, 2012**

　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　**s/David L. West**
　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**

1