# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>**(For a Petty Offense)** |
|---|---|
| v. | CASE NUMBER: 12-PO-00131-DLW-01 |
| KEITH L. HARPER | Thomas Roney Williamson, Retained<br>(Defendant's Attorney) |

**THE DEFENDANT:** Plead guilty to Counts 2 and 4 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 16 U.S.C. § 551 and 36 C.F.R. § 261.10(c) | Conducting a Work Activity or Service Without Authorization | 06/02/12 | Two |
| 16 U.S.C. § 551, and 36 C.F.R. § 261.3(b) | Giving a False Report or Other Information to a Forest Service Officer | 06/06/12 | Four |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Counts One and Three of the Information are dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

October 31, 2012
Date of Imposition of Judgment

Signature of Judicial Officer

David L. West, U.S. Magistrate Judge
Name & Title of Judicial Officer

November 21, 2012
Date

DEFENDANT: KEITH L. HARPER
CASE NUMBER: 12-PO-00131-DW-01

Judgment-Page 2 of 5

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of six (6) months as to Count Two, suspended.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

  Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal

DEFENDANT: KEITH L. HARPER  
CASE NUMBER: 12-PO-00131-DW-01                              Judgment-Page 3 of 5

## UNSUPERVISED PROBATION

The defendant is hereby placed on unsupervised probation for a term of one (1) year with following special conditions:

1. The defendant shall not commit another federal, state, or local crime.

2. The Defendant shall not enter onto any Forest Service lands within the State of Colorado for a period of one (1) year.

3. The Defendant's business (Outlaw Tours) shall not operate on Forest Service Roads 578, 579, 580 or 591 or enter onto Forest Service land within the State of Colorado for a period of one (1) year, without Forest Service authorization.

4. Defendant shall pay restitution to the U. S. Forest Service in the amount of $3,053.37 by March 1, 2013. Restitution shall be made out to the U. S. Forest Service and mailed to the U. S. District Court, P. O. Box 2906, Durango, Colorado 81302.

DEFENDANT: KEITH L. HARPER
CASE NUMBER: 12-PO-00131-DW-01                              Judgment-Page 4 of 5

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| Two | $10.00 | $1,000.00 | $3,053.37 |
| Four | $10.00 | $1,000.00 | |
| **TOTALS** | $20.00 | $2,000.00 | $3,053.37 |

The defendant shall make restitution to the following payees in the amounts listed below. If the defendant makes a partial payment, each payee shall receive an approximately proportional payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | * Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| United States Forest Service<br>c/o U. S. District Court<br>P. O. Box 2906<br>Durango, CO 81302 | $3,053.37 | $3,053.37 | |
| **TOTALS** | $3,053.37 | $3,053.37 | |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT: KEITH L. HARPER
CASE NUMBER: 12-PO-00131-DW-01                                              Judgment-Page 5 of 5

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations shall be due as follows:

The fines and special assessments and restitution are due by March 1, 2013.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order: (1) special assessment, (2) restitution principal, (3) fine principal