**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal No.  12-PO-00131-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1.  KEITH HARPER,**

**Defendant.**

**MINUTE ORDER RE: EXTENSION OF TIME**

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

      The Defendant has requested an extension of time of sixty (60) days to pay the fines and special assessments currently due in this matter by March 1, 2013.  As of this week, the Defendant has paid his restitution in full, therefore:

      **IT IS HEREBY ORDERED** that the Defendant be granted an extension of time to May 1, 2013 to pay the fines and special assessments due totaling $2,020.00.

      **IT IS FURTHER ORDERED** that if the Defendant has not paid in full prior to May 1, 2013 he shall appear before the Magistrate Judge, 103 Sheppard Drive, Room 235, Durango, Colorado on May 7, 2013 at 10:00 a.m. to show cause why he has not paid in full.

**DATED: February 19, 2013.**

                                      **BY THE COURT:**

                                      **s/David L. West**
                                      **United States Magistrate Judge**