# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

---

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Unsupervised Probation |
| v. | Case Number:  12-PO-00131-DLW |
| | USM Number:  38903-013 |
| KEITH L. HARPER | Robert C. Duthie, III<br>(Defendant's Attorney) |

**THE DEFENDANT:** Was found guilty at trial of violating conditions number 1, 2 and 3 of his unsupervised probation on January 14, 2014.

The defendant is adjudicated guilty of these violations:

| Condition Number | Nature of Violation | Violations Committed |
|---|---|---|
| 1. | Defendant was convicted of conducting work activity or service without authorization, a federal crime, as to Counts 1, 2, 3, 5 and 6 in Case No. 13-PO-00132-DLW on 1/14/13. | 7/19/13<br>7/30/13<br>7/31/13<br>8/14/13<br>8/15/13 |
| 2. | Defendant personally entered onto Forest Service lands on U.S.F.S. Road 825, Brooklyn Mine Road and was convicted of a federal crime as to Count 3 in Case No. 13-PO-00132-DLW on 1/14/13 | 7/31/13 |
| 3. | Defendant's business (Outlaw Tours) conducted work activities on Forest Service Road 591 without Forest Service authorization and defendant was convicted of a federal crime as to Counts 2, 5 and 6 in Case No. 13-PO-00132-DLW on 1/14/13. | 7/30/13<br>8/14/13<br>8/15/13 thru<br>8/31/13 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

DEFENDANT:  KEITH L. HARPER
CASE NUMBER:  12-PO-00131-DLW                                    Judgment-Page 2 of 3

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

February 12, 2014
_____
Date of Imposition of Judgment

_____
Signature of Judge

David L. West, U.S. Magistrate Judge
_____
Name & Title of Judge

February 13, 2014
_____
Date

DEFENDANT: KEITH L. HARPER
CASE NUMBER: 12-PO-00131-DLW

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of Four (4) Months.

The court recommends that the Bureau of Prisons that the Defendant serve his time at the La Plata County Jail in Durango, Colorado and that if possible he be granted work release.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.


_____

UNITED STATES MARSHAL


By_____

Deputy United States Marshal